UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  22-20214-CR-Bloom

UNITED STATES OF AMERICA

Plaintiff,

vs.

MANUEL E. RICHIEZ DE LOS SANTOS

Defendant.

_____/

### DEFENDANT'S OBJECTIONS TO THE
### PRE-SENTENCE INVESTIGATION REPORT

Defendant, MANUEL E. RICHIEZ DE LOS SANTOS, by and through his undersigned counsel and pursuant to Federal Rule of Criminal Procedure 32(f), and Local Rule 88.8 for the Southern District of Florida, hereby files his objections to the Pre-Sentence Investigation Report ("PSIR") prepared by the probation office.

Defendant specifically objects to the probation office's failure to recommend a two-level mitigating role as a minor participant pursuant to Sentencing Guideline Section 3B1.2(b) (*See* PSIR at ¶¶ 15, 23, 25, 29, 64); and failure to recommend a two-level reduction for the "safety valve" pursuant to Sentencing Guideline Sections 2D1.1(b)(18) and 5C1.2(a) (*See* PSIR at ¶¶ 25, 29, 64, 66).

**Part A.    The Offense: Role Assessment**

**Paragraphs 15, 23, 25, 29, and 64**--- As to Paragraphs 15, 23, 25, 29, and 64, Defendant objects to the probation office's failure to recommend a two-level mitigating role as a minor participant pursuant to Sentencing Guideline Section 3B1.2(b).  Defendant intends to separately file a Motion for Downward Variance and Sentencing Memorandum where he specifies the grounds on which he asserts his eligibility for a minor role reduction.

**Part A.**    <u>**The Offense: Specific Offense Characteristics**</u>

**Paragraphs 25, 29, 64, and 66**--- As to Paragraphs 25, 29, 64, and 66, Defendant objects to the probation office's failure to recommend a two-level reduction for the "safety valve" pursuant to Sentencing Guideline Sections 2D1.1(b)(18) and 5C1.2(a).  Defendant has provided a statement to the Government for purposes of satisfying the requirements of Guideline Sections 2D1.1(b)(18) and 5C1.2(a).

**WHEREFORE**, Defendant MANUEL E. RICHIEZ DE LOS SANTOS requests the court to sustain the foregoing objections to the PSIR by finding that (1) he qualifies for a two-level mitigating role as a minor participant pursuant to Sentencing Guideline Section 3B1.2(b); and (2) he qualifies for a two-level reduction for the "safety valve" pursuant to Sentencing Guideline Sections 2D1.1(b)(18) and 5C1.2(a).  Based on the foregoing and after consideration of Defendant's subsequent pleading, Defendant requests the Court to find that the applicable total offense level before any other potential reductions is 31; the Criminal History Category is I; and the sentencing range is 108 to 135 months.

Respectfully submitted,

_s/Robyn Blake_____
ROBYN M. BLAKE
Florida Bar No.: 146129
20295 N.W. 2nd Avenue, Suite 215
Miami, Florida 33169
Telephone:  (305) 651-5505
Facsimile:  (305) 651-5525
ROBYN M. BLAKE, P.A.
Attorney for Defendant
E-mail: law@robynblake.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF on October 17, 202.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

s/Robyn Blake_____
ROBYN M. BLAKE

3